**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy K. Duckett,<br><br>      Plaintiff,<br><br>v.<br><br>Dennis M. Enomoto, et al.,<br><br>      Defendants. | No. CV-14-01771-PHX-NVW<br><br>**PARTIAL JUDGMENT** |

By order of November 13, 2015, the Court determined the following:

> Upon quantification of Plaintiff's attorney's fees and costs, a further order will be entered authorizing Plaintiff to retain for herself those amounts from the interpleaded funds and directing payment of the balance of the interpleaded funds to the Trustee, to be held in their entirety until the Court orders otherwise. Upon transfer of those funds, Plaintiff's Motion for Discharge (Doc. 65) will be granted by separate order to the extent that Plaintiff will be discharged from this action free of liability to Defendants for or in connection with the interpleaded funds and shall be dismissed from further participation in these proceedings.

(Doc. 79 at 14.) By separate order filed this day, Plaintiff Nancy Duckett's Fee and Expense Application (Doc. 82) has been granted in the amount of $25,294.36, to be withdrawn from the interpleaded funds. (Doc. 87.) In accordance with the order of November 13, 2015,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Discharge (Doc. 65) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that:

A. Plaintiff Nancy Duckett have judgment for attorney fees and expenses in the amount of $25,294.36, to be withdrawn from the interpleaded funds on or after January 18, 2016.

B. Plaintiff Nancy Duckett is directed to pay the balance of the interpleaded funds to the Trustee, Defendant Kurt A. Tittelbach, on or after January 18, 2016, to be held in their entirety until this Court or another court of competent jurisdiction orders otherwise.

C. Plaintiff Nancy Duckett is discharged from any liability to Defendants for or in connection with the interpleaded funds and shall be dismissed from further participation in these proceedings effective as of January 18, 2016.

D. Plaintiff Nancy Duckett is dismissed from further participation in these proceedings as of January 18, 2016.

The Court expressly finds there is no just reason for delay in entry of this judgment, and the Clerk is directed to enter this judgment. Entry of judgment is necessary to terminate Plaintiff-in-Interpleader's participation in this case, and the order directs payment of monies by a specific date.

Dated this 30th day of December, 2015.

Neil V. Wake
United States District Judge